# Notice Recipients

District/Off: 0205−5     User: sstaton     Date Created: 4/5/2021
Case: 21−50235     Form ID: 309A     Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Anthony T. Malarney | P.O. Box 551 | Winsted, CT 06098 | |
| ust | U. S. Trustee | Office of the U.S. Trustee | Giaimo Federal Building | 150 Court Street, Room 302    New Haven, CT 06510 |
| tr | George I. Roumeliotis | Roumeliotis Law Group, P.C. | 157 Church Street, 19th Floor | New Haven, CT 06510 |
| aty | Gregory S. Jones | Allingham, Readyoff & Henry, LLC | 54 Bridge Street | New Milford, CT 06776 |
| 9281895 | Attorney Kevin Brignole | Brignole, Bush & Lewis | 73 Wadsworth Street | Attn: Bankruptcy Mgr.    Hartford, CT 06106−1768 |
| 9281896 | Bank Of America | Attn: Bankruptcy | Po Box 982238 | El Paso, TX 79998 |
| 9281897 | Eastern Account System, Inc. | Po Box 837 | Attn: Bankruptcy Mgr. | Newtown, CT 06470 |
| 9281898 | Hanna Martocchio | c/o Kevin F. Brignole | 73 Wadsworth Street | Attn: Bankruptcy Mgr.    Hartford, CT 06106 |
| 9281899 | Peoples Credit Union | 858 W Main Rd | Attn: Bankruptcy Mgr. | Middletown, RI 02842 |

TOTAL: 9